# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER AGUILAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENERSYS ENERGY PRODUCTS INC.;<br>and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-08669 SVW (MARx)<br><br>**ORDER RE DISMISSAL**<br><br>State Action Filed:　　09/23/2021<br>Answer Filed:　　　　11/02/2021<br>Removal Filed:　　　 11/03/2021<br>Stayed for Arbitration:　01/18/2022 |

## ORDER

AND NOW, this 1st day of November, 2023, it having been stipulated that the above-captioned action is settled in its entirety and upon Order of the Court, it is ORDERED that the above-captioned action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson

---